IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PERRY R. NEAL,

    Plaintiff,

v.

REED RICHARDSON, MARIO CANZIANI,
CHERYL WEBSTER,
CAPTAIN CHALLONER,
OFFICER HEINRICH, DARCY GRABER,
LIEUTENANT K. JOHNSON,
HILLARY BROWN and SERGEANT EWER,

    Defendants,

JUDGMENT IN A CIVIL CASE

16-cv-627-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 6/15/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |